IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAYD CHARLES MITCHELL,

    Plaintiff,

v.

JIM DOYLE, SCOTT WALKER, MATTHEW J. FRANK, RICK REAMISCH, GARY H. HAMBLIN, EDWARD F. WALL, CHARLES TUBBS, MARGARETT CARPENTER, JOHN PAQUIN, JON EREADA, LORI MCALLISTER, PAUL WESTERHAUS, KEVIN SUNDA, B. GUSTKE, MARK BYE, MATT THIELER, RICK PETERSON, BRUCE MEYERS, MICHAEL MIESNER, DAVID TARR, CAPTAIN TETZLAFF, CAPTAIN HOCH, CAPTAIN KELLER, N. BIER, BRAD HOMPE, JON E. LITSCHER, CHRIS O'DONNELL, TAMMY KETTENHOVEN, and SARAH PRICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-311-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                          7/12/2018

Peter Oppeneer, Clerk of Court              Date